UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON, Sr.,<br><br>Plaintiff,<br><br>v.<br><br>J. BICK, et al.,<br><br>Defendants. | No. 2:15-cv-2066 DB P<br><br><br><br>ORDER |

Plaintiff has requested an extension of time to file a response to defendant's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's September 18, 2017, motion for an extension of time (ECF No. 29) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve a response to defendant's motion to dismiss. Any reply shall be filed and served in accordance with Local Rule 230(l).

DATED: September 21, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/jack2066.36opp