UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON, Sr., <br><br> Plaintiff, <br><br> v. <br><br> J. BICK, et al., <br><br> Defendants. | No. 2:15-cv-2066 DB P <br><br><br> ORDER TO SHOW CAUSE |

By an order filed June 29, 2017, this court directed the United States Marshal to serve all process without prepayment of costs. On October 6, 2017, waiver of service forms were returned for defendants Aguilera, Bick, Crosson, DiTomas, Horch, and Lewis.[1] (ECF No. 31.) Those forms show that they were mailed to these defendants on July 5, 2017. Defendants, although properly served, have not yet filed a responsive pleading. Accordingly, IT IS HEREBY ORDERED that:

1. Defendants Aguilera, Bick, Crosson, DiTomas, Horch, and Lewis show cause, within twenty-one days from the date of this order, why default should not be entered.

////

---

[1] The court received a waiver of service form from defendant Seabrooks on August 16, 2017. Defendant Seabrooks responded to the complaint on August 23, 2017 by filing a motion to dismiss. The court received a notice on October 11, 2017 that the waiver of service sent to defendant Clarke was returned unexecuted.

1

2. The Clerk of the Court shall forward a copy of this order to defendants:

  a. N. Aguilera, California Medical Facility, 1600 California Dr., Vacaville, CA 95687

  b. J. Bick, California Medical Facility, 1600 California Dr., Vacaville, CA 95687

  c. D. Crosson, California Medical Facility, 1600 California Dr., Vacaville, CA 95687

  d. M. DiTomas, California Medical Facility, 1600 California Dr., Vacaville, CA 95687

  e. D. Horch, California Medical Facility, 1600 California Dr., Vacaville, CA 95687; and

  f. J. Lewis, c/o Litigation Coordinator, California Medical Facility, 1600 California Dr., Vacaville, CA 95687.

3. The Clerk of the Court is directed to serve a copy of this order on Monica Anderson, Supervising Deputy Attorney General.

Dated: October 23, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-civil rights/Jack2066.77d

2