UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON, Sr., | No. 2:15-cv-2066 DB P |
| Plaintiff, | |
| v. | ORDER |
| J. BICK, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 on the grounds that defendants have been deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. Upon review of plaintiff's most recent motion for appointment of counsel and the documents on file and good cause appearing therefor, the court finds as follows:

    1. Efforts to obtain legal representation without order of this court would be futile for the following reasons:

        a. Plaintiff's income is below the current poverty threshold established by the Office of Management and Budget of the United States and he is otherwise without resources to obtain counsel;

        b. This case is of a type that attorneys in this district ordinarily do not accept without prepayment of a fee; and

    c. This case is not a fee generating case within the meaning of California Business and Professions Code § 8030.4(e).

  2. This case has sufficient merit to warrant appointment for the limited purpose of representing plaintiff in a settlement conference.

  Therefore, THIS COURT ORDERS AS FOLLOWS:

  1. Plaintiff's motion for the appointment of counsel (ECF No. 35) is granted in part;

  2. This case is referred to the court's Pro Bono Coordinator, Sujean Park, to locate counsel willing to represent plaintiff in this case for purposes of settlement only; and

  3. After counsel is appointed, the court will schedule a settlement conference.

Dated: November 17, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-civil rights/jack2066.31b

2