UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON, Sr.,<br><br>    Plaintiff,<br><br>    v.<br><br>J. BICK, et al.,<br><br>    Defendants. | No. 2:15-cv-2066 DB P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR PURPOSE OF SETTLEMENT |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On November 20, 2017, the court found that the appointment of counsel for plaintiff is warranted for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference. (ECF No. 41.) David W. Bonilla has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. David W. Bonilla is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting Plaintiff with preparing for and participating in a settlement conference.
2. David W. Bonilla's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

1

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon David W. Bonilla, Law Office of David W. Bonilla, 901 H St., Suite 620, Sacramento, CA 95814.

Dated: December 8, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DB/orders/prisoner-civil rights/Jack2066.cou.sett