# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON, Sr.,          No. 2:15-cv-2066 DB P

        Plaintiff,

    v.

J. BICK, et al.,

        Defendants.
                            **ORDER & WRIT OF HABEAS CORPUS
AD TESTIFICANDUM**

_____/

Raymond D. Jackson, Sr., CDCR # C-27148, a necessary and material witness in a settlement conference in this case on May 10, 2018, is confined in the California Medical Facility (CMF), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brennan at the U. S. District Court, Courtroom #8, 501 I Street, Sacramento, California 95814, on Thursday, May 10, 2018 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CMF, 1600 California Dr., Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Brennan at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  January 25, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB/Orders/Prisoner-Civil Rights/jack2066.841