UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON, Sr., | No. 2:15-cv-2066 DB P |
| Plaintiff, | |
| v. | ORDER |
| J. BICK, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Defendant Seabrooks filed a motion to dismiss. (ECF No. 27.) Plaintiff does not oppose the dismissal of defendant Seabrooks. (ECF No. 46 at 8.) By order dated March 19, 2018 the magistrate judge recommended defendant Seabrooks' motion to dismiss be granted. (ECF No. 48.)

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 19, 2018, are adopted; and

2. Defendant Seabrooks is dismissed from this action.

Dated: March 30, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

15cv2066.mtdJO.801CJRA